# SEALED

| | |
|---|---|
| 1 | DANIEL G. BOGDEN |
| | United States Attorney |
| 2 | SARAH E. GRISWOLD |
| | Assistant United States Attorney |
| 3 | 333 Las Vegas Blvd. South, Suite 5000 |
| | Las Vegas, Nevada 89101 |
| 4 | (702) 388-6336 |
| | Fax: (702) 388-5087 |

2013 JUN -7 A 9: 23

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-mj-285-PAL |
| v. | |
| LAS VEGAS CHOPPERS, 5115 DEAN MARTIN DRIVE, SUITES 906 AND 907, LAS VEGAS, NEVADA 89118, ALSO DOING BUSINESS AS INET MOTOR GROUP, INC.; LVC, LLC; AMERICAN CUSTOM CHOPPERS, INC | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-mj-286-PAL |
| v. | |
| 3476 BEARPIN GAP LANE, LAS VEGAS, NEVADA 89129 | |

**UNITED STATES' MOTION TO UNSEAL CASES**

THE UNITED STATES OF AMERICA, by and through Daniel G. Bogden, United States Attorney, and Sarah E. Griswold, Assistant United States Attorney, hereby moves the Court to unseal Case Numbers 2:13-mj-285-PAL and 2:13-mj-286-PAL, so that the United States may produce the search warrants and supporting affidavits in Case Number 2:13-cr-161-APG-CWH.

1

1   The search warrants and affidavits in these matters were sealed at the request of the United States in order to protect an ongoing investigation. The warrants authorized searches of the defendant's business, Case No. 2:13-mj-285-PAL, and of the defendant's home, Case No. 2:13-mj-286-PAL, for evidence of alleged violations of 18 U.S.C. §§ 1341 (mail fraud), 1343 (wire fraud), and 1344 (bank fraud). The defendant has since been indicted on charges of wire fraud and bank fraud in Case Number 2:13-cr-161-APG-CWH. The United States intends to use evidence it recovered during the execution of the search warrants in its case in chief against the defendant.

The reason for sealing the search warrants and affidavits no longer exists. Further, the United States has a duty to produce these materials in Case Number 2:13-cr-161-APG-CWH. For these reasons, the United States asks the Court to unseal cases 2:13-mj-285-PAL and 2:13-mj-286-PAL so that the United States may produce the search warrants and supporting affidavits.

DATED this 5th day of June, 2013.

DANIEL G. BOGDEN
United States Attorney

SARAH E. GRISWOLD
Assistant U.S. Attorney

**IT IS SO ORDERED.**
Dated this 17th day of June, 2013.

Peggy A. Leen
United States Magistrate Judge

2